

R.J. Kulick
_____ (Full Name)

38122 Village 38
_____ (Address Line 1)

Camarillo, CA 93012
_____ (Address Line 2)

310-474-1848
_____ (Phone Number)

**Plaintiff in Pro Per**

FEE PAID

FILED
CLERK, U.S. DISTRICT COURT

AUG 28 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

R.J. Kulick

                                    ,

**Plaintiff,**

vs.

Louis De Joy, USPS,

& Does 1-100

        Defendant(s)

**Case No.:** 2:23-cv-07467-SB(JCx)
(To Be Supplied By The Clerk)
Complaint For:
(1) Pattern In That USPS Lett-
    ers Dated  7-29-23 Are
    Fraudulent & Unconstituti-
    onal In Denying Change Of
    Address Except Online;
(2) Pattern In Violation Of
    Americans With Disabilities;
(3) Pattern in RICO;
(4) Notice Of Filing Magistra-
    te Judge's Report & Recom-
    mendations Before This
    Court Dismisses This Case
    For Any Reasons;
(5) (Proposed) Order For Emer-
    gency Injunction;
(6) Declaratory Relief; And,
(7) Injunctive Relief.
        No Jury Trial

I. Jurisdiction
1. Under 28 U.S.C. Section 1331 (Federal question & The Decla-
ration Of Independence & the U.S. Consitution's Articles;

(1),(V11), (V111), (1X), (X1V Section 1.) & the Charter of

United  Nations & Common Law.

II. Venue

Pro Se Clinic Form

Page Number

1

1. Venue is proper pursuant to Defendant(s) doing business

in Camarillo, CA 93011, at: P.O. Box 2254, Camarillo,CA 93011.

111.Parties

1. Plaintiff's name R.J. Kulick, at: 38122 Village 38,

Camarillo, CA 93012.

2. Defendant(s) Louis De Joy, U.S. Postmaster General at:

600 Lincoln Ave., Pasadena, CA 91109-9925.

3. Defendant(s) USPS, U.S. Federal Gov't Carrier of U.S. Mail

for Delivery, at: 600 Lincoln Ave., Pasadena, CA 91109-9925.

4. Defendant(s) & Does 1-100, Inclusive.

IV. Statement Of Facts

1. The basis in part of this Complaint, see enclosed copy of

8-10-23 fax to: Louis De Joy with enclosed copies of documen-

ts. This fax is evidence in support of this Complaint. Please

note: its refax was due to Kulick's lifelong Dyslexia cond-

ition. Which makes it extremely difficult to read, write &

edit what he writes. Kulick corrected "COA" but NOT separat-

ing "noone" or correct"becuase" or "ageny(s)" or "Camarilli".

The above is Exhibit A. Redacts to prevent ID thief in those

enclosed documents. Since, this Complaint public record. Do

NOT,because of ANY dire consequences to "authorized to file

for another person(s) or business", on mybehalf. This would

subject Kulick to fraudulent  activities NOT of his doing &

being held responsible & accountable for & greatest of finan-

cial jeopardy(s). De Joy, et al, refuses to reply to that

fax. Which only alternative but to file with the Court this

kind of Complaint. Especially, to protect Kulick's rights

under the U.S. Constitution. Kulick like millions of others

2.

1    rec'd an Honorable Discharge from the U.S. military. We put

2    our lives on the line for our U.S.Constitution&American way

3    of life. That's what this Complaint is ALL about as the bott-

4    om line HERE for Kulick. Before, he goes to his grave!!! Is

5    this just too MUCH for this Court to put this matter to rest?

6    In the best interests of ALL parties of concern & keep our

7    U.S. Constitution under the U.S. Rule of Law a reality NOT a

8    myth!!! Which those that died or injured for will NOT have

9    been in VAIN!!! Kulick has NO computer or know how to use it.

10   Kulick suffers under ADA &its side-effects from medications &

11   a lifelong Dyslexia condition, which makes reading/writing/

12   to edit what he writes extremely difficult. For, Kulick to do

13   anything or go anywhere for anything a severe/chronic medical

14   hardship(s). The U.S. Constitution's Articles are Unambiguous.

15   They were written with original intent & for a living document

16   to make new laws, those laws must be ratified by the State

17   legislatures. Anything in the foregoing is NOT a law. The

18   U.S.A. is a Republic Not a direct democratic NATION. Its

19   U.S. Consitution governs its Republic as U.S. Rule of Law.Its

20   enforcement of its laws are done by a police State. Any breach

21   in the foregoing results in a national security. Under natio-

22   nal security, the federal gov't under law has the power to

23   suppress any siutation using the police State. This is to

24   put a STOP to chaos, nullification & civil war. USPS will

25   charge a service fee & must use a compamy.com name for this

26   change of address(COA). A USPS,Clerk#17 on 8-10-23 was present &

27   heard the entire conversation Kulick had with "Luis" the

28   USPS Camarillo Mgr., who stated that he was the "Mgr.".

resident/
Kulick's primary/address is 1377 So. Beverly Glen Bl, No.405,

L.A. CA 90024, for 51+ yrs. It's a matter of life/death when

USPS will NOT temporarily forward ALL his mail in his USPS P.O.

Box 241555 to his USPS P.O. Box 2254, Camarillo, CA 93011.

In the foregoing both Kaiser/VA list that "primary/address".

resident/

Those entities in particular deal with Kulick's healthcare.

Kulick's POB 2254 was setup since his 38122 Village 38, Camar-

illo, CA 93012 is listed in USPS document for this BOX 2254.

It's paramount that ALL his business enterprises also have

this temporary "COA", otherwise he's subject to dire financi-

al consequences,by NOT knowing ANY related business activit-

ies,that may impact his financial well-being.On USPS transac-

tion receipt dated 8-10-23 letter to zip 93012 via Certificate

Of Mailing,to: Leisure Village Association, Inc.(LVA), was to

a related two liens on 38122 Property of $504,965.00 & $7,185.

00 by creditor "LVA" & creditor Jeffrey A. Beaumont, et al.

Which both have 10% simple annual interest on these two liens

on 38122 property. These liens are inter-related to this "COA".

See Exhibit A,  copies of documents as evidence in support

in ABOVE in part for this Complaint.

V. Cause Of Action

First Cause Of Action

(Pattern In That USPS Letters Dated 7-29-23 Are Fraudulent &

Unconstitutional In Denying Change Of Address Except Online)

(As Against Defendant(s): and Does 1 to 500, Inclusive)

1. Exhibit A, has an abundance of evidence in support of this

Clause. Please note: Especially in Ref: "Fraudulent". Here,

1  "Luis" USPS Mgr. zip 93011 states, "unable to do this service,

2  becuase have no way to do it", for this COA online. Also, in

3  "support" see 1V. Statement Of Facts another "abundance".

### Second Cause Of Action

5  (Pattern In Violation Of Americans With Disabilities) (As

6  Against Defendant(s): and Does 1 to 500, Inclusive)

7  1. Here, there's an abundance of evidence of support in this

8  Clause. See 1V. Statement Of Facts which includes Exhibit A.

### Third Cause Of Action

10  (Pattern in RICO) (As Against Defendant(s): and Does 1 to 500,

11  Inclusive)

12  1. Here, there's an abundance of evidence in support in this

13  Clause. See 1V. Statement of Facts which includes Exhibit A.

14  Please note: The use of extortion in charging a service fee

15  for this COA online. Also, "extortion" in which USPS, states,

16  "If you did not submit this request...be assured...change-of-

17  address...has not been processed...no further action". Here,

18  USPS is using a U.S. gov't service as an enterprise engaged in

19  racketeering.

### Fourth Cause Of Action

21  (Notice Of Filing Magistrate JUdge's Report & Recommendations

22  Before This Court Dismisses This Case For Any Reasons) (As

23  Against Defendant(s): and Does 1 to 500, Inclusive)

24  1. Failure of this Court to make this determination would

25  DENY Kulick's rights to DUE Process as well as being unequal

26  & unfair treatment by this Court to him. It's without a doubt

27  that this Court or ANY Court Rule in Ref: being in Pro Per

28  status, to be on the same level as an attorney at law, NOT

Pro Se Clinic Form                          Page Number

just illogical but the purest of NONSENSE. That's an Unconsti-

tutional breach of "original intent" of an unambiguous text.

Which to be outside of is NOT ANY law. Exception is a "living"

after "original intent" to make another Amendment ONLY when

its ratified by the State legislatures which then becomes a

new law. A "living" process is for a future-another time for

this new law to be in the U.S. Constitution. This another Un-

constitutional breach of this "original intent". This "determ-

ination" will give Kulick the opportuniy to decide whether to

refile. ANY Court rulings to the contrary could NOT be applicable

, because on its face "contrary" to both "original intent" &

"living", thus becoming Unconstitutional "rulings". "Both",

have common ground for trust, faith & confidence that the

U.S. Constitution  ,under our judical system, is the ONLY

governing factor to be U.S.'s Rule of Law, a reality NOT a

myth.

### Fifth Cause of Action

(Proposed) Order For Emergency Injunction) (As Against Defen-

dant(s); and Does 1 to 500, Inclusive)

1. Kulick has given this Court an abundance of evidence in

support for this Cause. This, especially, is unambiguous in

the Consitution's Articles cited by Kulick. They're the orig-

inal intent of the text cited. Which are the supreme law(s)

from a contract between the Federal gov't & State gov't &

citizens. For future law(s) to be enacted, they're living

process, of add'l amendment(s), which to become the supreme

law MUST be ratified by the State legislatures. Anything out-

side this living process is NOT a law. They're Unconstitutio-

6

nal. Unless, in an amendment, NO rules of Any court are Cons-

titutional & that goes for Any Court being immune from being

a Defendant in a lawsuit & that also goes for a Justice of

Any court  as a Defendant in a lawsuit. In Ref: U.S. Supreme

Court or a Justice of the Court, there's NO immunity.Because,

NO Court or Justice can be above the law. being a citizen

comes before anything else, as stated in the foregoing. The

U.S. Supreme Court is NOT an electoral process & has NO status

as a citizen, which is the basis,that it has NO/ immunity,as a

defendant in a lawsuit. In USDC, Case #23-6474-GW-BFM, Kulick

has sued the U.S. Supreme Court, et al. That lawsuit,in the

foregoing, will establish it has NO immunity & especially as

the Defendant, a conflict of interest exists. That being the

Court(s) being sued are also the Justice(s) of those litiga-

tions. Kulick  in VCSC, Case#56-2016-00478277-CU-DF-VTA has

   judgements of $504,965.00 & $7,185.00 against him. That

have 10% simple annual interest on them. They are now two

liens on his home property at 38122 Village 38, Camarillo,CA

93012 from those judgements. The  creditors will/foeclosure

                                          use the/

process on that property. Which is a life/death situation,

Kulick will NOT be able to survive in as a homeless person.

That's Unconstitutional to be forced into being homeless.

It's a cruel & unusual punishment under the U.S. Constituti-

on in Article (V111). Now, USPS puts Kulick in another life/

death situation with its Unconstitutional-to force him to

use its change of address online as cited prior in the above.

As the ONLY means for this USPS service,He has NO computer.

1   That, too, is Unconstitutional as being cruel & unusual punis-

2   hment under the U.S.Constitution's Article (V111). Please

3   see again USDC, Case #23-6474, itsEight Cause of Action.

4   Which is also a basis for this Cause. It has add'l evidence

5   in support with direct bearing in this Cause too. As to what

6   Kulick cites in this Court Complaint matter against the Defen-

7   dant(s). Please see enclosed (Proposed) Order For Emergency

8   Injunction to be granted as IT IS SO Ordered & Dated & Signed

9   by a Judge. Whether,this Court accepts the fact that the USA

10  is a nation under God as a Christain nation, may not have

11  any significanceinthis case matter, it DOES with Kulick. The

12  profoundest of significance. Because, Kulick has always em-

13  braced Judeo-Christain values, to be applied whenever & where-

14  ever appropriate. In Kulick's undertaking, especially as it

15  concerns a judicial objective that must be engaged-in. Such,

16  as this particular case matter or any other case matter(s).

17  Respectively & most sincerely submitted, Signed: _____ R.J.

18  Kulick in Pro Per &   Dated: 8-24-23

19

20

21

22

23

24

25

26

27

28

8

**8-10-23,** fax time not reset: Extremely Urgent/Time Sensitive to: Louis De Joy, U.S. POstmaster General: From: R.J. Kulick, 38122 Village 38, Camarillo, CA 93012:  Subject: USPS letters (4) dated 7-29-23 rec'd today in Ref: COA for cont'd  mail forwarding change of address, see those copies enclosed & now have to have this service via online, see those copies enclosed too:  Dear Mr. De Joy: This is a request for your kind personal attn: to waiver this online process, 1) Do not have a computer or how to use & at this time have noone to authorize to file on my behalf, 2) Today, went to USPS in Camarilli, zip 93011 & its Mgr. "Luis" informed me unable to do this service, becuase have no way to do it 3) Below are documents requested & my debit card to be used to pay whatever service fees required, 4) Suffering from a lot of medical hardships to to do anything or go anywhere for anything, especially this matter. 4) Please confirm receipt of this fax/status to above street address, no late than 8-14-23, none forthcoming will assume so, & this matter will be turne over to ALL appropriate regulatory/gov't agency(s) for legal action, trust your understand my position.*R.J. Kulick /M c: concerned party(s) *excuse typo error due to lifelong Dyslexia condition:: (6) pages follow in this transmission



EXHIBIT A, 1 of 13 pages

R 8,10.23


**UNITED STATES**
**POSTAL SERVICE®**

JULY 29, 2023

600 LINCOLN AVE
PASADENA CA 91109-9925

EAST ASIA GEMS LTD
PO BOX 2254
CAMARILLO CA 93011-2254

The United States Postal Service recently received a change-of-address (COA) request that
requires additional identity verification before being activated. The security of your mail is very
important to us, so we have put your request on hold until we can successfully verify your
information. Below is a list of options to choose from to help us successfully activate your
change-of-address request.

1. For the fastest service, submit your change-of-address online at https://moversguide.usps.com

2. Alternatively, present a completed change-of-address form to a Retail Associate at a Post
   Office near you.
   Bring an acceptable form of photo identification.
   - State driver's license or non-driver's identification card
   - U.S. Passport or Uniformed Services identification card (Requires secondary form of ID to show
     proof of address)
   - Lease, Mortgage, or deed of trust
   - Voter or vehicle registration card
   - Home or vehicle insurance policy

   If authorized to file for another person(s) or business, bring documentation showing proof of
   authorization (i.e., notorized letter or letter on company letterhead).

**If you did not submit this request, please be assured that this change-of-address request
has not been processed and no further action is required. You may disregard this notice.**

Thank you for being a USPS customer

EXHIBIT A, 2 of 13 pages

**UNITED STATES**
**POSTAL SERVICE**®

JULY 29, 2023

600 LINCOLN AVE
PASADENA CA 91109-9925

||‖‖||·|||·|·||‖‖||·|·||·|||·|·||‖·||||‖·||||‖·||·|||·|·|||·|·||||

KULICK FAMILY
PO BOX 2254
CAMARILLO CA 93011-2254



The United States Postal Service recently received a change-of-address (COA) request that requires additional identity verification before being activated. The security of your mail is very important to us, so we have put your request on hold until we can successfully verify your information. Below is a list of options to choose from to help us successfully activate your change-of-address request.

1. For the fastest service, submit your change-of-address online at https://moversguide.usps.com

2. Alternatively, present a completed change-of-address form to a Retail Associate at a Post Office near you.
   Bring an acceptable form of photo identification.
   • State driver's license or non-driver's identification card
   • U.S. Passport or Uniformed Services identification card (Requires secondary form of ID to show proof of address)
   • Lease, Mortgage, or deed of trust
   • Voter or vehicle registration card
   • Home or vehicle insurance policy

   If authorized to file for another person(s) or business, bring documentation showing proof of authorization (i.e., notarized letter or letter on company letterhead).

**If you did not submit this request, please be assured that this change-of-address request has not been processed and no further action is required. You may disregard this notice.**

Thank you for being a USPS customer

EXHIBIT A, 3 of 13 pages


**UNITED STATES**
**POSTAL SERVICE**®

JULY 29, 2023

600 LINCOLN AVE
PASADENA CA 91109-9925

JEWELRY CLUB OF AMERICA
PO BOX 2254
CAMARILLO CA 93011-2254

The United States Postal Service recently received a change-of-address (COA) request that requires additional identity verification before being activated. The security of your mail is very important to us, so we have put your request on hold until we can successfully verify your information. Below is a list of options to choose from to help us successfully activate your change-of-address request.

1. For the fastest service, submit your change-of-address online at https://moversguide.usps.com

2. Alternatively, present a completed change-of-address form to a Retail Associate at a Post Office near you.
   Bring an acceptable form of photo identification.
   • State driver's license or non-driver's identification card
   • U.S. Passport or Uniformed Services identification card (Requires secondary form of ID to show proof of address)
   • Lease, Mortgage, or deed of trust
   • Voter or vehicle registration card
   • Home or vehicle insurance policy

   If authorized to file for another person(s) or business, bring documentation showing proof of authorization (i.e., notorized letter or letter on company letterhead).

**If you did not submit this request, please be assured that this change-of-address request has not been processed and no further action is required. You may disregard this notice.**

Thank you for being a USPS customer

*EXHIBIT A,*   *4 of 13 pages*

**UNITED STATES**
**POSTAL SERVICE®**

JULY 29, 2023

600 LINCOLN AVE
PASADENA CA 91109-9925



R J KULICK BUSINESS
PO BOX 2254
CAMARILLO CA 93011-2254

The United States Postal Service recently received a change-of-address (COA) request that requires additional identity verification before being activated. The security of your mail is very important to us, so we have put your request on hold until we can successfully verify your information. Below is a list of options to choose from to help us successfully activate your change-of-address request.

1. For the fastest service, submit your change-of-address online at https://moversguide.usps.com

2. Alternatively, present a completed change-of-address form to a Retail Associate at a Post Office near you.
   Bring an acceptable form of photo identification.
   - State driver's license or non-driver's identification card
   - U.S. Passport or Uniformed Services identification card (Requires secondary form of ID to show proof of address)
   - Lease, Mortgage, or deed of trust
   - Voter or vehicle registration card
   - Home or vehicle insurance policy

   If authorized to file for another person(s) or business, bring documentation showing proof of authorization (i.e., notorized letter or letter on company letterhead).

**If you did not submit this request, please be assured that this change-of-address request has not been processed and no further action is required. You may disregard this notice.**

Thank you for being a USPS customer

HCA195 JUNE 2023

EXHIBIT A,  5 of 13 pages



**OFFICIAL MAIL FORWARDING CHANGE OF ADDRESS ORDER**

OFFICIAL USE ONLY

Please PRINT items 1-10 in blue or black ink. Your signature is required in item 9.

Zone/Route ID No.

1. Change of Address for: (Read Attached Instructions)
Individual (#5)   Entire Family (#5)   X Business (#6)
2. Is This Move Temporary?   X Yes   No

Date Entered on Form 3982
M M  D D  Y Y

3. Start Date: (ex. 02/27/17)  08 01 23
4. If TEMPORARY move, print date to discontinue forwarding: (ex. 03/27/17)  0:1 18 24

Expiration Date
M M  D D  Y Y

5a. LAST Name & Jr./Sr./etc.

5b. FIRST Name and MI

Clerk/Carrier Endorsement

6. If BUSINESS Move, Print Business Name   EAST ASIA GEMS LTD

PRINT OLD MAILING ADDRESS BELOW: HOUSE/BUILDING NUMBER AND STREET NAME (INCLUDE ST., AVE., CT., ETC.) OR PO BOX

7a. OLD Mailing Address   POB 2451555

7a. OLD APT or Suite   7b. For Puerto Rico Only: If address is in PR, print urbanization name, if appropriate.

7c. OLD CITY   LOS ANGELES   7d. State  CA   7e. ZIP  90024

PRINT NEW MAILING ADDRESS BELOW: HOUSE/BUILDING NUMBER AND STREET NAME (INCLUDE ST., AVE., CT., ETC.) OR PO BOX

8a. NEW Mailing Address   POB 2254

8a. NEW APT/Ste or PMB   8b. For Puerto Rico Only: If address is in PR, print urbanization name, if appropriate.

8c. NEW CITY   CAMARILLO   8d. State  CA   8e. ZIP  93011

OFFICIAL USE ONLY

9. Print and Sign Name (see conditions on reverse)
Print: R.J. KULICK
Sign:

10. Date Signed: (ex. 01/27/17)   07 24 23

PS FORM 3575 APRIL 2019   Visit usps.com to change your address online   0419

---

**OFFICIAL MAIL FORWARDING CHANGE OF ADDRESS ORDER**

OFFICIAL USE ONLY

Please PRINT items 1-10 in blue or black ink. Your signature is required in item 9.

Zone/Route ID No.

1. Change of Address for: (Read Attached Instructions)
Individual (#5)   Entire Family (#5)   X Business (#6)
2. Is This Move Temporary?   X Yes   No

Date Entered on Form 3982
M M  D D  Y Y

3. Start Date: (ex. 02/27/18)  08 01 23
4. If TEMPORARY move, print date to discontinue forwarding: (ex. 03/27/18)  0.1 18 24

Expiration Date
M M  D D  Y Y

5a. LAST Name & Jr./Sr./etc.

5b. FIRST Name and MI

Clerk/Carrier Endorsement

6. If BUSINESS Move, Print Business Name   JEWELRY CLUB OF AMERICA

PRINT OLD MAILING ADDRESS BELOW: HOUSE/BUILDING NUMBER AND STREET NAME (INCLUDE ST., AVE., CT., ETC.) OR PO BOX

7a. OLD Mailing Address   POB 241555

7a. OLD APT or Suite   7b. For Puerto Rico Only: If address is in PR, print urbanization name, if appropriate.

7c. OLD CITY   LOS ANGELES   7d. State  CA   7e. ZIP  90024

PRINT NEW MAILING ADDRESS BELOW: HOUSE/BUILDING NUMBER AND STREET NAME (INCLUDE ST., AVE., CT., ETC.) OR PO BOX

8a. NEW Mailing Address   POB 2254

8a. NEW APT/Ste or PMB   8b. For Puerto Rico Only: If address is in PR, print urbanization name, if appropriate.

8c. NEW CITY   CAMARILLO   8d. State  CA   8e. ZIP  93011

OFFICIAL USE ONLY

9. Print and Sign Name (see conditions on reverse)
Print: R.J. KULICK
Sign:

10. Date Signed: (ex. 01/27/18)   07 24 23

EXHIBIT A.  6 of 13 pages

## Form 1 (Top)

Please PRINT items 1-10 in blue or black ink. Your signature is required in item 9.

1. Change of Address for: (Read Attached Instructions)
   Individual (#5)   Entire Family (#5) X   Business (#6)

2. Is This Move Temporary?   X Yes   No

Date Entered on Form 3982
M M   D D   Y Y

3. Start Date: (ex. 02/27/17)   0 8 0 1 2 3
4. If TEMPORARY move, print date to discontinue forwarding: (ex. 03/27/17)   0 1 1 8 2 4

Expiration Date
M M   D D   Y Y

5a. LAST Name & Jr./Sr./etc.

5b. FIRST Name and MI

Clerk/Carrier Endorsement

6. If BUSINESS Move, Print Business Name   R J KULICK BUSINESS

PRINT OLD MAILING ADDRESS BELOW: HOUSE/BUILDING NUMBER AND STREET NAME (INCLUDE ST., AVE., CT., ETC.) OR PO BOX

7a. OLD Mailing Address   POB 241555

7a. OLD APT or Suite

7b. For Puerto Rico Only: If address is in PR, print urbanization name, if appropriate.

7c. OLD CITY   LOS ANGELES   7d. State CA   7e. ZIP 90024

PRINT NEW MAILING ADDRESS BELOW: HOUSE/BUILDING NUMBER AND STREET NAME (INCLUDE ST., AVE., CT., ETC.) OR PO BOX

8a. NEW Mailing Address   POB 2254

8a. NEW APT/Ste or PMB

8b. For Puerto Rico Only: If address is in PR, print urbanization name, if appropriate.

8c. NEW CITY   CAMARILLO   8d. State CA   8e. ZIP 93011

OFFICIAL USE ONLY

9. Print and Sign Name (see conditions on reverse)
   Print:   R.J. KULICK
   Sign:   [signature]

10. Date Signed: (ex. 01/27/17)   072423

PS FORM 3575 OCT2021

Visit USPS.com to change your address online

1021

---

## Form 2 (Bottom)

### OFFICIAL MAIL FORWARDING CHANGE OF ADDRESS ORDER

OFFICIAL USE ONLY
Zone/Route ID No.

Please PRINT items 1-10 in blue or black ink. Your signature is required in item 9.

1. Change of Address for: (Read Attached Instructions)
   Individual (#5)   Entire Family (#5) X   Business (#6)

2. Is This Move Temporary?   X Yes   No

Date Entered on Form 3982
M M   D D   Y Y

3. Start Date: (ex. 02/27/17)   0 8 0 1 2 3
4. If TEMPORARY move, print date to discontinue forwarding: (ex. 03/27/17)   0 1 1 8 2 4

Expiration Date
M M   D D   Y Y

5a. LAST Name & Jr./Sr./etc.   KULICK

5b. FIRST Name and MI   R J

Clerk/Carrier Endorsement

6. If BUSINESS Move, Print Business Name

PRINT OLD MAILING ADDRESS BELOW: HOUSE/BUILDING NUMBER AND STREET NAME (INCLUDE ST., AVE., CT., ETC.) OR PO BOX

7a. OLD Mailing Address   1377 S BEVERLY GLEN BL

7a. OLD APT or Suite   NO 405

7b. For Puerto Rico Only: If address is in PR, print urbanization name, if appropriate.

7c. OLD CITY   LOS ANGELES   7d. State CA   7e. ZIP 90024

PRINT NEW MAILING ADDRESS BELOW: HOUSE/BUILDING NUMBER AND STREET NAME (INCLUDE ST., AVE., CT., ETC.) OR PO BOX

8a. NEW Mailing Address   POB 2254

8a. NEW APT/Ste or PMB

8b. For Puerto Rico Only: If address is in PR, print urbanization name, if appropriate.

8c. NEW CITY   CAMARILLO   8d. State CA   8e. ZIP 93011

OFFICIAL USE ONLY

9. Print and Sign Name (see conditions on reverse)
   Print:   R.J. KULICK
   Sign:   [signature]

10. Date Signed: (ex. 01/27/17)   072423

PS FORM 3575 OCT2021

Visit USPS.com to change your address online

1021

EXHIBIT A.   7 of 13 pages



_Guerrero_



CAMARILLO
2150 PICKWICK DR
CAMARILLO, CA 93010-9998
(800)275-8777

08/10/2023                          12:56 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.66 |

Los Angeles, CA 90024
Weight: 0 lb 0.40 oz
Estimated Delivery Date
Sat 08/12/2023

| | | |
|---|---|---|
| Cert of Mailing | | $1.95 |
| Affixed Postage | | -$0.66 |
| Affixed Amount: $0.66 | | |

Total                               $1.95

Grand Total:                        $1.95

| | |
|---|---|
| Cash | $5.00 |
| Change | -$3.05 |

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 051158-0060
Receipt #: 840-59130083-1-10392702-2
Clerk: 07

_EXHIBIT A, 8 of 13 pages_



*Guerrero*

**UNITED STATES POSTAL SERVICE.**

CAMARILLO
2150 PICKWICK DR
CAMARILLO, CA 93010-9998
(800)275-8777

08/10/2023                    12:56 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.66 |
| Los Angeles, CA 90024 | | | |
| Weight: 0 lb 0.40 oz | | | |
| Estimated Delivery Date | | | |
| Sat 08/12/2023 | | | |
| Cert of Mailing | | | $1.95 |
| Affixed Postage | | | -$0.66 |
| Affixed Amount: $0.66 | | | |
| Total | | | $1.95 |

| Grand Total: | | | $1.95 |

| Cash | | | $5.00 |
| Change | | | -$3.05 |

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

UFN: 051158-0060
Receipt #: 840-59130083-1-10392702-2
Clerk: 07

---



*LVR*

**UNITED STATES POSTAL SERVICE.**

CAMARILLO
2150 PICKWICK DR
CAMARILLO, CA 93010-9998
(800)275-8777

08/10/2023                    01:03 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.66 |
| Camarillo, CA 93012 | | | |
| Weight: 0 lb 0.40 oz | | | |
| Estimated Delivery Date | | | |
| Sat 08/12/2023 | | | |
| Cert of Mailing | | | $1.95 |
| Affixed Postage | | | -$0.66 |
| Affixed Amount: $0.66 | | | |
| Total | | | $1.95 |

| Grand Total: | | | $1.95 |

| Cash | | | $2.00 |
| Change | | | -$0.05 |

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

UFN: 051158-0060
Receipt #: 840-59130083-1-10392730-2
Clerk: 07

*EXHIBIT A, 9 of 13 pages*

EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number):
After recording, return to:
Edward D. Vaisbort (SBN 136668)
Kelly M. Hagemann (SBN 241069)
Michelman & Robinson, LLP
10880 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90024
TEL NO.: 310.564.2670    FAX NO. (optional): 310.564.2671
E-MAIL ADDRESS (Optional): evaisbort@mrllp.com

[X] ATTORNEY    [X] JUDGMENT    [ ] ASSIGNEE
    FOR            CREDITOR        OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF VENTURA
STREET ADDRESS: 800 S. Victoria Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Ventura, CA 93901
BRANCH NAME: Hall of Justice

PLAINTIFF: Robert J. Kulick dba Leisure Village News
DEFENDANT: Leisure Village Association, Inc., et al.

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**    [ ] Amended

FOR RECORDER'S USE ONLY

CASE NUMBER:
56-2016-00478277-CU-DF-VTA

FOR COURT USE ONLY

1. The [X] judgment creditor    [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a.   Judgment debtor's
                    Name and last known address
   ┌─────────────────────────────────────────┐
   │ Robert J. Kulick dba Leisure Village News │
   │ 38122 Village 38                          │
   │ Camarillo, CA 93012   Lien notice mailed to debtor at │
   │           address shown. Gov't Code 27297.5 │
   └─────────────────────────────────────────┘

   b.   Driver's license no. [last 4 digits] and state:   4449 (CA)   [ ] Unknown
   c.   Social security no. [last 4 digits]:   3363           [ ] Unknown
   d.   Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
   Robert J. Kulick dba Leisure Village News, 38122 Village 38, Camarillo, CA 93012, c/o Kevin Tang, Esq., 18377 Beach Blvd, Suite 211, Huntington Beach,
   CA 92648 and Robert J. Kulick dba Leisure Village News, c/o Krystina T. Tran, Esq., 17011 Beach Blvd, Suite 830, Huntington Beach, CA 92647

2. [ ] Information on additional judgment debtors is        4. [ ] Information on additional judgment creditors is
       shown on page 2.                                            shown on page 2.
3. Judgment creditor (name and address):                   5. [ ] Original abstract recorded in this county:
   Leisure Village Association Inc.
   200 Leisure Village Drive                                   a. Date:
   Camarillo, CA 93012
   Date: July 31, 2020                                         b. Instrument No.:
   Kelly M. Hagemann
   _____                            ▶ _____
   (TYPE OR PRINT NAME)                                          (SIGNATURE OF APPLICANT OR ATTORNEY)

6.   Total amount of judgment as entered or last renewed:   10. [ ] An [ ] execution lien [ ] attachment lien
     $504,965.00                                                    is endorsed on the judgment as follows:
7.   All judgment creditors and debtors are listed on this abstract.   a. Amount: $
8.   a.   Judgment entered on (date):  July 24, 2020            b. In favor of (name and address):
     b.   Renewal entered on (date):

9. [ ] This judgment is an installment judgment.            11. A stay of enforcement has
                                                                a. [ ] not been ordered by the court.
                                                                b. [ ] been ordered by the court effective until
[SEAL]                                                                  (date):
                                                            12. a. [ ] I certify that this is a true and correct abstract of
                                                                       the judgment entered in this action.
                                                                b. [ ] A certified copy of the judgment is attached.
        This abstract issued on (date):                                                        MICHAEL D. PLANET
                AUG 03 2020                                      Clerk, by _____, Deputy
                                                                                                Amber Coronado
Form Adopted for Mandatory Use                              **ABSTRACT OF JUDGMENT—CIVIL**        Page 1 of 2
Judicial Council of California                              **AND SMALL CLAIMS**                  Code of Civil Procedure, §§ 488.480,
EJ-001 [Rev. July 1, 2014]                                                                        674, 700.190

EXHIBIT A, 10 of 13 pages

EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*
After recording, return to:
Jeffrey A. Beaumont, SBN 204558
Tara Radley, SBN 273350
Beaumont Tashjian
21650 Oxnard Street, Suite 1620
Woodland Hills, CA 91367
TEL NO.: (818) 884-9996    FAX NO. (optional): (818) 884-1087
E-MAIL ADDRESS *(Optional):*

| | | |
|---|---|---|
| [X] ATTORNEY FOR | [X] JUDGMENT CREDITOR | [ ] ASSIGNEE OF RECORD |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Ventura
STREET ADDRESS: 800 S. Victoria Street
MAILING ADDRESS:
CITY AND ZIP CODE: Ventura, CA 93009
BRANCH NAME: Ventura Courthouse

PLAINTIFF: Robert J. Kulick dba Leisure Village News

DEFENDANT: Leisure Village Association, et al.

| **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS** | [ ] Amended |
|---|---|

FOR RECORDER'S USE ONLY

CASE NUMBER:
56-2016-00478277-CU-DF-VTA

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      Robert J. Kulick dba Leisure Village News
      38122 Village 38
      Camarillo, CA 93012

   b. Driver's license no. [last 4 digits] and state:    [X] Unknown
   c. Social security no. [last 4 digits]:  3363    [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*

      Robert J. Kulick dba Leisure Village News, 38122 Village 38, Camarillo, CA 93012

2. [ ] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   Jeffrey A. Beaumont, A Professional Corporation, Jeffrey A. Beaumont, Larry F. Gitlin, Lisa A. Tashjian and Tara Radley, 21650 Oxnard #1620, Woodland Hills, CA 91367

Date: August 1, 2018
Tara Radley, Esq.
_____
(TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

▶ _____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $7,185.00

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):* February 16, 2017
   b. Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*
AUG 03 2018

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until
       *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Michael D. Planet
Clerk, by ADRIANA VELASCO, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

EXHIBIT A, 11 of 13 pages



**KAISER PERMANENTE.**

10/13/2017                                      MR#0000 7558

**Re: Robert J Kulick**
**1377 south Beverly Glen #405**
**Los Angeles, CA**
**90024**

To whom it may concern-

Mr. Kulick has been my patient for about 19 years.   He has
spinal stenosis (a degenerative condition of the spine which impinges on the
spinal cord) which results in a partial paralysis of his legs.  This combined with
his degenerative joint disease requires the constant use of a walker or
wheelchair, thus impairing his ambulation which is a major life activity.
This letter is in support of his request for a parking space without major
obstacles nearby and not too far from the elevator.

Sincerely,          Bryan Ney, M.D.
                    Internal Medicine
             3782 W. Martin Luther King Jr. Blvd.
                 Los Angeles, CA 90008
BRYAN RAYMOND NEY MD
3782 W. Martin Luther King Jr
Los Angeles CA 90008-2505

*EXHIBIT A, 12 of 13 pages*

Case 2:23-cv-07467-KK-JC   Document 1   Filed 08/28/23   Page 21 of 25   Page ID #:21

8-29-22, fax time not reset:   Extremely Urgent

C/o Kaiser fax # for forward to party faxed to below:

Fax to: Gary Lieb, M.D., Kaiser Clinic, Camarillo, CA
From: Robert Kulick, Kaiser MRN ████7558

Dear Dr. Lieb:

For a very long time, have been getting my meals home delivered
from Camarillo Health*District's "home on wheels" because I'm mostly
confined to home because of my severe/chronic medical disabilities.
*care
However, when necessary do drive my auto for medical appts., shopping
& errands. This is mostly very seldom & minimal!!!
Now, "meals on wheels" program needs a note from you to them that states,
that I'm  only driving minimally when necessary for medical needs &
shopping & errand needs., otherwise mostly homebound. Without your "note"
will no longer get my "meals" from them. That means I will be unable to
feed myself appropriately & will suffer the consequences. Already at
risks for Stroke & extreme Sudden Cardiac Death, in my kaiser medical
file. Also, my living costs/restricted & very much limited.
                              extremely/          care/
Please per their request, fax Camarillo Health/District, Attn: "Myra"
with your "note" to be cont'd on their "meals on wheels program!!! If,
for some reason you're unable to fax them, then please write me about
this matter in Ref: providing this "note". Their fax # is 805-482-8957,
attn: "Myra".

Using your/fax #805-445-9247 for this request for your "note".
        Kaiser/

On a pain scale 1 to 10, my pain level is 8, most times in AM & for me
to do anything or go anywhere for anything an extreme, severe &  chronic
medical hardship & I'm under ADA of 1990!!!

Thanking you in advance for your cont'd kind medical assistance in this
above matter which is greatly appreciated!!!
Sincerely, Robert Kulick

c: Camarillo Healthcare District, Attn: "Myra" at fax#482-8957 (805)

Please note: In Ref: "Refax", c: "Blair, ext 133, too

EXHIBIT A,  13 of 13 pages

(Proposed) Order For Emergency Injunction

On the basis of all the abundance of evidence in support given

by R.J. Kulick to the Court. The Defendant(s); Louis De Joy & the

USPS Have engaged in a pattern of violations of the law. There is no

doubt that this case matter is a life/death probability that R.J.

Kulick will suffer as well as injury too without this emergency

injunction. It would be cruel & ususable punishment that R.J. Kulick

be forced into a homeless situation by the Defendant(s) & in an inter-

rated case matter. That other case matter is also incorporated in this

emergency injunction. R.J. Kulick has two liens on his home property at

38122 Village 38, Camarillo, CA 93012 with 10% simple annual interest on

each creditor owed. Their forclosure,on R.J. Kulick's 38122 property,

will put him in a homeless situation. Which will result in a life/death

situation for him. Those two creditors are the Leisure Village Association

Inc. with a lien of $504,965.00 & other creditor(s) are Jeffrey A. Beau-

mont, A Professional Corporation, Jeffrey A. Beaumont, Larry F. Gitlin,

Lisa A. Tashjian & Tara Radley with a lien of $7,185.000. Those two

liens came fromVCSC, Case#56-2016-00478277-CU-DF-VTA, Currently, in the

USCA-9 for judicial determination & further subject for determination

if necessary at the U.S. Supreme Court. R.J. Kulick has severe/chronic

medicalhardships; he's under ADA, stroke, sudden cardiac death-conditions.

And, also has a lifelong Dyslexia condition, making reading, writting &

editing what he writes extremely most difficult. This"Order" will be at

this time in the best interests of the law(s) cited by R.J. Kulick in

this case matter & "inter-ralated other case matter. This Court has the

power to provide R.J. Kulick with any other relief(s), it deems proper

& just.

        IT IS SO ORDERED

Dated:                          Signed:

<u>PROOF OF SERVICE VIA U.S. Mail</u> –Priority

State of California     }

County of Ventura     · }    ss.

I am a resident of the County of Ventura.  I am over the age of eighteen years.  My address 38122 Village 38, Camarillo, CA 93012


On *8-24-23* , I served the within: USDC, Central District of CA.
Complaint for seven Causes of Actions. Submission-signed/
dated on *8-24-23*  by R.J. Kulick in Pro Per


on the interested parties in this action as follows:  For:


Louis De Joy, U.S. Postmaster General, at: 600 Lincoln Ave.,
         Pasadena, CA 91109-9925
USPS, U.S. Federal Gov't Carrier of U.S. Mail for Delivert,
     at: 600 Lincoln Ave., Pasadena, CA 91109-9925


I  declare under penalty of perjury that the foregoing is true &
correct.

                              *8-24-23*

Dated at Camarillo, CA on

                                   _____
                                   R.J. Kulick in Pro Per

8-24-23 Via U.S. Mail-Priority

To: Ms. Kiry K. Gray
    Clerk/Executive, Office of Clerk
    U.S. Districy Court, Central District of CA
    255 East Temple St., Room 180
    L.A. CA 90012

From: R.J. Kulick in Pro Per, 38122 Village 38, Camarillo, CA 93012,
      310-474-1848

Dear Ms. Gray:

Please mail back a court stamped conformed court filing date on
copy enclosed with case #, in enclosed stamped, self-addressed
reply envelope.

Do NOT have a computer nor know how to use one & have a lot of
medical hardships. Do to anything or going anywhere extreme
hardship, elderly elderly senior person & with Dyslexia condition.

Greatly appreciate whatever kind assistance you are able to
provide my for my court needs. Look forward to your earliest
written reply/status.

Sincerely, R.J. Kulick in Pro Per

encl:

---

310-474-1848                                              90-3582-1222        5025
              LEISURE VILLAGE NEWS
                PO BOX 2254
            CAMARILLO, CA 93011-2254          DATE  8-24-23

PAY TO THE
ORDER OF   Clerk, U.S. District Court          $ *402.00*

= Four hundred two & no/cents =                    DOLLARS

usbank.  All of us serving you™

MEMO  filing fee complaint for
      Louis DeJoy, et al, c: file

⑈122235821⑈  153466841647⑈5025








Retail

U.S. POSTAGE PAID
PM
CAMARILLO, CA 93010
AUG 24, 2023

90012

**$9.35**

RDC 01    0 Lb 3.60 Oz    R2305M144897-9

PRIOR
MAI

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**MAILING ENVELOPE**
FOR DOMESTIC AND INTERNATIONAL USE

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**PRIORITY**
★ MAIL ★



VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: R.J. KULICK
    M Pry Ro
    33123 Village 38
    Camarillo CA 93012

AUG 28 2023

TO: Ms. Kiry R. Gray
Clerk/Executive Office of Clerk
U.S. District Court, Central District of CA
255 East Temple St., Room 180
L.A, CA 90012

Label 228, March 2016        FOR DOMESTIC AND INTERNATIONAL USE

**TRACKED · INSURED**



EXPECTED DELIVERY DAY: 08/26/23

USPS TRACKING® #

9505 5150 7297 3235 5866 33

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

