R.J. Kulick _____ (Full Name)
38122 Village 38 _____ (Address Line 1)
Camarillo, CA 93012 _____ (Address Line 2)
310-474-1848 _____ (Phone Number)

**Plaintiff in Pro Per**

FILED
CLERK, U.S. DISTRICT COURT
DEC 22 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

R.J. Kulick,

    **Plaintiff,**

vs.

Louis De Joy, et al

    Defendant(s)

) Case No.: 2:23-cv-07467-KK-JC
) (1) Motion In Opposition to
) Order, Dkt(s) #12 & 13
) Since Kulick DID NOt
) Receive From Court Claim-
) ed Filed on 12-4-23 &
) 12-6-23 This A Violation
) Of The Constitution In
) This Instance Matter(s);
) (2) Motion Than This Court
) Provide Proof Of Mailing
) in Above "(1) Motion" &
) Mail Now To Kulick These
) Order, Dkt(s) #12 & 13
) Filed on 12-4-23 & 12-6
) -23 Poste Haste.

1. In RE: "(1) & (2) Motions, which are self-evidence on its face. Any further redress not necessary. Any denial by this Court on the foregoing, factual, prevailing circumstance(s) would be grounds for appeal in USCA-9 & if necessary to U.S. Supreme Court. Trust this Court understands Kulick's position here & takes into its consideration this "position":

Most Respectively/Sincerely, R.J. Kulick /s/ Submission

dated 12-19-23

1

Pro Se Clinic Form      Page Number

## PROOF OF SERVICE VIA U.S. Mail

State of California     }

County of Ventura       }  ss.

I am a resident of the County of Ventura. I am over the age of eighteen years. My address 38122 Village 38, Camarillo, CA 93012

On 12-19-23, I served the within: USDC, Central District of CA For Two Motions, Case#2:23-cv-07467-KK-JC. Submission-signed/dated on 12-19-23 by R.J. Kulick

on the interested parties in this action as follows:  For;

Louis De Joy, U.S. POstmaster, at: 600 Lincoln Ave., Pasadena, CA 91109-9925
USPS, U.S. Federal Gov't Carrier of U.S. Mail for Delivery, at: 600 Lincoln Ave., Pasadena, CA 91109-9925

I declare under penalty of perjury that the foregoing is true & correct.

Dated at Camarillo, CA on  12-19-23

R.J. Kulick in Pro Per



R.J. KULICK
in proper
38122 Village 38
Camarillo, CA 93012

Extremely Urgent

RE: Case # 07467,
Kulick V. Louis De
Joy, et al, Two
(2) Motions Submission
signed & dated
on 12-19-23

cc: file

12/19
Return Service Requested

Ms. King K. Gray
Clerk/Executive Office of Clerk
USDC, Central District of CA
255 East Temple St., Room 180
L.A. CA 90012